FILED

2013 JAN 24 AM 11: 02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| AF HOLDINGS LLC, | CASE NO. 12cv1522-LAB(KSC) |
|---|---|
| Plaintiff, | ORDER GRANTING RENEWED EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY |
| vs. | |
| JOHN DOE, | [Doc. No. 5] |
| Defendant. | |

On September 6, 2012, the Court denied plaintiff's Ex Parte Application for Leave to Take Expedited Discovery. The Court denied the Ex Parte Application because plaintiff did not identify defendant with sufficient specificity. Thereafter, plaintiff filed a Renewed Ex Parte Application for Leave to Take Expedited Discovery, along with a Declaration in support thereof. [Doc. No. 5.]

The Declaration filed in support of the Ex Parte Application provides additional information that identifies the defendant with sufficient specificity, namely the city and state where the IP address in question is located. According to the technician who prepared and submitted the Declaration, geolocation technology was used to determine that IP address 98.176.216.109 is located in Spring Valley, California. Spring Valley is located within the Southern District of California. Accordingly,

///
///
///
///

1  IT IS HEREBY ORDERED THAT plaintiff's renewed Ex Parte Application for Leave to Take
2  Expedited Discovery is GRANTED. Plaintiff may serve third party Cox Communications to obtain
3  the name, physical address, and telephone number where IP address 98.176.216.109 is located.
4  IT IS SO ORDERED.
5  Date: *Jan 23*, 2013

KAREN S. CRAWFORD
United States Magistrate Judge